# United States District Court Violation Notice

CVB Location Code: CA 76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1504228 | SG CURTIN | 6 |

1504228

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☒ State Code |
|---|---|
| 05/02/08 1130 hrs | 36 CFR 4.2/CVC 14601.1(a) |

Place of Offense: Housekeeping Straight – LeConte

Offense Description: Driving on Suspended License (FTA)

## DEFENDANT INFORMATION

Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| BENSON | MATTHEW | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| San Francisco | CA | 94107 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| C6545994 | CA | |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BRO | Eyes: BLU | Height: 6'00 | Weight: 180

## VEHICLE DESCRIPTION

VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 4UIB836 | CA | 01 | Audi | Silver |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Case # 08-1008

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

(Rev. 03/2006) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on May 2, 2008 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park

I observed a silver Audi sedan driving the wrong way down a one way road on Housekeeping Straight. I informed the driver that he was driving the wrong way and asked that he turn around and pull over in a safe place.

I re-contacted the vehicle (California license – 4UIB836) at LeConte pullout and identified the driver as Matthew T. BENSON (California DL – C6545994). Park dispatch informed me that BENSON had a suspended license for a failure to appear. I questioned BENSON regarding the status of his license and BENSON stated that he was aware that his license was suspended due to his failure to pay traffic fines.

BENSON was arrested for operating a vehicle with a suspended license.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/02/08 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

## United States District Court Violation Notice

CVB Location Code: CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1504227 | SG CURTIN | 6 |

1504227

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/02/08 1130 hrs

Offense Charged ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.12

Place of Offense: Housekeeping Straight - LeConte

Offense Description: Failure to comply with traffic control device (one way sign)

**DEFENDANT INFORMATION** Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| BENSON | MATTHEW | T |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| San Francisco | CA | 94107 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| C6545994 | CA | |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BRO | Eyes: BLU | Height: 6'00" | Weight: 180

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 4UIB836 | CA | 01 | Audi | Silver |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Case # 08-1008

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ________ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ________ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ____________________

(Rev. 03/2006) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on May 2, 2008 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park

I observed a silver Audi sedan driving the wrong way down a one way road on Housekeeping Straight. I informed the driver that he was driving the wrong way and asked that he turn around and pull over in a safe place.

I re-contacted the vehicle (California license – 4UIB836) at LeConte pullout and identified the driver as Matthew T. BENSON (California DL – C6545994). BENSON stated that he did not see the "One Way" sign that is posted on Housekeeping Straight.

I issued BENSON a mandatory citation for "Failure to comply with a traffic control device (One Way Sign)" Subsequently BENSON was arrested for operating a motor vehicle with a suspended license.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/02/08 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge